SEARCH WARRANT RETURN (REV. 03/13)

☒ FILED  ☐ LODGED
**Sep 02 2022**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# RETURN

Case No.: 22-06220MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 8/29/22 | 8/29/22 1600 | lerinbound@t-mobile.com law enforcement portal |

INVENTORY MADE IN THE PRESENCE OF  T-mobile law enforcement portal

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Digital records received via e-mail on 8/31/22

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 9/2/22

Executing Officer's Signature

Oscar A. Ramirez / Special Agent
Printed Name and Title